IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAYLON RICHARD COX,

        Petitioner,

vs.

BLAKE R. DAVIS, Warden,

        Respondent.

No. C 09-2832 WHA (PR)

**ORDER OF TRANSFER**

    In this habeas case a federal prisoner seeks to challenge a conviction and sentence incurred in the United States District Court for the Eastern District of Arkansas. Petitioner is incarcerated at the United States Penitentiary in Florence, Arizona. Nothing in the petition shows any relationship between petitioner or his claim and this district, so the petition cannot be maintained in this court. Because petitioner was convicted in the Eastern District of Arkansas, this case is **TRANSFERRED** to that court. *See* 28 U.S.C. § 1406(a).

    **IT IS SO ORDERED.**

Dated: July __7__, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\COX2832.TRN2.wpd